353 A.2d 34

**COMMONWEALTH of Pennsylvania**

v.

**Melvin Lee THURMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1976.

Decided March 17, 1976.

Thomas E. Waters, Jr., Norristown, for appellant.

Stewart J. Greenleaf, Asst. Dist. Atty., Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.